# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

*[This form is for non-prisoners to file a civil complaint. UNDERLINE print in ink (or type) your answers.]*

-FILED-

FEB 16 2023

At
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Shirley Dixon

*[You are the PLAINTIFF, print your full name on this line.]*

v.

Select Portfolio Servicing

*[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]*

Case Number 2:23-cv-58

*[For a new case in this court, leave blank. The court will assign a case number.]*

*[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]*

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | *[Put the defendant named in the caption in this box.]*<br><br>Cameron Ward, General Counsel<br>Select Portfolio Servicing | 3217 South Decker Lake Drive<br>Salt Lake City, Utah 84119 |
| 2 | *[Put the names of any other defendants in these boxes.]* | |
| 3 | | |

*[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.]*

1. How many defendants are you suing? _____1_____

2. What is your address? 7311 Northcote Avenue, Hammond, Indiana 46324

3. What is your telephone number: (773) 671-1687

4. Have you ever sued anyone for these exact same claims?
   - ☑ No.
   - ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Select Portfolio Servicing defaulted on November 29, 2022 and has agreed by

acquiescence of default on December 23, 2022, by the presentment of a

Qualified Written Request, a response to Shirley Yvette Dixon

(see attached Qualfied Written Request, Complaint, Dispute of Debt and Validation of Debt

and Validation of Debt Letter, TILA Request)

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

_____

_____

_____

_____

_____

_____

_____

## PRIOR LAWSUITS – Have you ever sued anyone for this exact same event?

☑ No.

◯ Yes, attached is a copy of the final judgment <u>OR</u> an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

## RELIEF – If you win this case, what do you want the court to order the defendant to do?

Judgment entered for the Plaintiff and a full refund of all monies paid to the Defendent and any

or all available remedies

_____

_____

_____

## FILING FEE – Are you paying the filing fee?

◯ Yes, I am paying the $402.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]

☑ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

I will keep a copy of this complaint for my records.

I will promptly notify the court of any change of address.

I declare **under penalty of perjury** that the statements in this complaint are true.

UCC1-305 UCC1-305 without Recourse

_____     _____
Signature                                    Date

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

REGISTERED MAILING LABEL # RE014568763US

# AFFIDAVIT OF PRESENTMENT

State of INDIANA      )

)  ss.

County of LAKE        )

# CERTIFICATION OF MAILING

On this 24th day of March, 2022, for the purpose of verification, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that Shirley Yvette Dixon appeared before me with the following documents listed below. I, the undersigned notary, personally verified that these documents were placed in an envelope and sealed by Shirley Yvette Dixon. Shirley Yvette Dixon sent these verified documents by United States Post Office Registered Mail receipt number REGISTERED MAIL #RE014568763US to FIRST FRANKLIN A DIVISION OF NATIONAL CITY BANK, 150 ALLEGHENY CENTER MALL, PITTSBURGH, PA, 15212, regarding Account Number 0015756653.

|     |                                       | Number of Pages |
|-----|---------------------------------------|-----------------|
| 1.  | AFFIDAVIT OF PRESENTMENT              | 1               |
| 2.  | NOTICE OF SHIRLEY YVETTE DIXON        | 4               |
| 3.  | AUTHORIZATION FOR SET-OFF             | 2               |
| 4.  | PRIVATE NEGOTIABLE INSTRUMENT         | 1               |
| 5.  | COPY OF MORTGAGE STATEMENT            | 1               |
| 6.  | INTERNAL REVENUE SERVICE 1099A COPY B | 1               |

X _Shirley Yvette Dixon_  UCC1-308  UCC1-305  without recourse

Shirley Yvette Dixon, UCC1/308, WITHOUT RECOURSE, 12USCS-11

WITNESS my hand and official seal.

_Brittny Ward_          3-24-2022       (Seal)
NOTARY PUBLIC                DATE

My commission expires: _June 26, 2023_ , 20 _23_

BRITTNY WARD
Official Seal
Notary Public - State of Illinois
My Commission Expires Jun 26, 2023

Page 1

# NOTICE OF SHIRLEY YVETTE DIXON

This notice is to put all agents and heirs of the corporation CITY OF HAMMOND operated under the commercial corporation STATE OF INDIANA, FIRST FRANKLIN A DIVISION OF NATIONAL CITY BANK, which is a corporation for the federal corporation the UNITED STATES by Title 28 USC § 3002 section (15) (a) to CEASE and DESIST all commercial activity except the closure of presented Internal Revenue Service Instrument Copy B apart of this AFFIDAVIT OF PRESENTMENT packet for all interaction(s) and transaction(s) regarding account number 0015756653 to remove all applicable information affecting and causing injury against SHIRLEY YVETTE DIXON the CESTUI QUE VIE TRUST to be removed. The commercial entity which FIRST FRANKLIN A DIVISION OF NATIONAL CITY BANK, is charging being SHIRLEY YVETTE DIXON being Shirley Yvette Dixon, the living natural woman's Cestui Que Vie TRUST's account which Shirley Yvette Dixon the living natural woman, will provide a INTERNAL REVENUE SERVICE 1099A COPY B instrument to Acquisition $354,842.97 (THREE HUNDRED FIFTY FOUR THOUSAND EIGHT HUNDRED FORTY TWO DOLLARS and 97/100) in CERTIFIED tax credits being income. The instrument provided in this AFFIDAVIT OF PRESENTMENT packet are SHIRLEY YVETTE DIXON's ACCEPTANCE for the NOTICE providing a Internal Revenue Service 1099A COPY B Coupon being Shirley Yvette Dixon's Internal Revenue Service instrument which follows both the rules of the UNIFORM COMMERCIAL CODE being commercial policy and procedure for corporations being operated under STATE LAW of INDIANA in the UNITED STATES federal corporation. Under the UNITED STATES obligation by statute (the act of March 9, 1933; the act of May 12, 1933; 12 USC 411; 18 USC 8; UCC 3-419 and the intentions of the United States Congress concerning **THE CURRENT SERIOUS NATIONAL EMERGENCY**) to demand FIRST FRANKLIN A DIVISION OF NATIONAL CITY BANK to OFFSET, SET-OFF, and DISCHARGE the presented outstanding debt presented against SHIRLEY YVETTE DIXON by Title 12 USC 411 being remedy, ARTICLE OF CONFEDERATION XII, and by UCC3-311, UCC3-603, Title 26 USC 1275, Proclamation 2039 which states by the authority of FRANKLIN D. ROOSEVELT "As used in this order the term "banking institutions" shall include all Federal Reserve Banks, national banking associations, banks, trust companies, savings banks, building and loan associations, credit unions, or other corporations, partnerships, associations or persons, engaged in the business of receiving deposits, making loans, discounting business paper, or transacting any other form of banking business. *In Witness Whereof,* I have hereunto set my hand and caused the seal of the United States to be affixed.

*Done* in the City of Washington this 6th day of March-1 A.M. in the year of our Lord One Thousand Nine Hundred and Thirty-three, and of the Independence of the United States the One Hundred and Fifty-seventh.

*[signature]*

FRANKLIN D. ROOSEVELT

By the President:
CORDELL HULL
*Secretary of State.*" and the constructive receipt under the CONSTRUCTIVE RECEIPT OF INCOME ACT.

## AFFIDAVIT OF SHIRLEY YVETTE DIXON

I, Shirley Yvette Dixon of % 7311 Northcote Ave, Hammond, Indiana, [46324], in the City of Hammond, in the Province of Hammond Indiana, AFFIRM THAT:

1.  I am a national under Title 8 USC § 1101(a)(21) since I was born in a state of the Union on property that was not ceded to the federal government or coming under Article 1, Section 8, Clause 17 of the UNITED STATES constitution. My citizenship status is not defined or limited under federal law because Congress cannot write legislation that applies to people outside its territorial legislation jurisdiction.

    I am neither a STATUTORY citizen (under 8 USC §1401) nor a STATUTORY resident ('alien under 26 USC §7701(b)(a)(A)) of the STATUTORY UNITED STATES, which is defined in the federal tax code at 26 USC§7701(a)(9). In order to be a resident, I would have to be an alien, and nationals are not aliens. Aliens are defined in 26 C.F.R § 1.1441-1(c)(3) to exclude nationals, which is what I am.

2.  I am operating in good faith and in honor against the claims of FIRST FRANKLIN A DIVISION OF NATIONAL CITY BANK, the corporation.

3.  Shirley Yvette Dixon or **SHIRLEY YVETTE DIXON**, is not the term **SOVEREIGN CITIZEN** nor follow(s) the **SOVEREIGN CITIZEN MOVEMENT** and will take such term/terminology as an offense and injury and will charge such **PERSON** by **Title 28 USC § 4104 subsection (1), Title 18 USC § 241 and Title 18 USC § 242,** for defamation of PERSON and living natural woman being a Domestic Terrorist.

Page 3

REGISTERED MAILING LABEL # RE014568763US

4. I have settled each debt with my autograph based on Executive Order 6102 House Joint Resolution 192, Public Law Chapter 48, 48 Statutory 112, Public Law 73-10, Title 31 United States Code section 3123, Title 31 United States Code section 5118, Title 28 United States Code section 3002, and UCC3-603 section (B), act of March 9, 1933; the act of May 12, 1933; 12 USC 411; 18 USC 8; UCC 3-419 and the intentions of the United States Congress concerning (**THE CURRENT SERIOUS NATIONAL EMERGENCY**) , and CONSTRUCTIVE RECEIPT OF INCOME ACT.

5. I am the Paramount Title Holder, the beneficiary and the Holder in Due Course by UCC3-302 of Cestui Que Vie Trust SHIRLEY YVETTE DIXON.

6. If SHIRLEY YVETTE DIXON or Shirley Yvette Dixon is claimed to be the **BORROWER** regarding Account Number 0015756653, SHIRLEY YVETTE DIXON has settled the affairs of the acquisition of Account Number by providing the settlement of required income being tax credits which are applicable as consumer credit(s) to offset the outstanding balance applicable under Account Number 0015756653 by Title 26 USC 1275, Title 15 USC § 1601, Title 11 USC § 1108, Title 11 USC § 363, Title 11 USC § 364, Title 11 USC § 1304, Title 11 USC § 507, Title 11 USC § 503, Title 15 USC § 1681a by the term **CONSUMER**, ,Title 11 USC § 101 by the term **CLAIM** being Title 11 USC § 101(5), **CASH COLLATERAL** being Title 11 USC § 363(a), **CUSTODIAN** by Title 11 USC § 101(11), **DEBT** being Title 11 USC § 101(12), **FINANCIAL INSTITUTION** being Title 11 USC § 101(22), **SETTLEMENT PAYMENT** being Title 11 USC § 101(51A), Title 11 USC § 544, **SECURITY** being Title 11 USC § 101(49) which this **AFFIDAVIT OF PRESENT** is declared as a **CERTIFICATE OF INTEREST**, Title 11 USC § 101(54), Title 11 USC 502, Rule 6007, Rule 2002, Rule 3005, Rule 9001.

7. I am aware of the UNITED STATES bankruptcy being act of March 9, 1933, act of May 12, 1933, Title 31 United States Code section 5118, Title 28 United States Code section 3002, and Title 31 United States Code section 3123 which the federal corporation the UNITED STATES must settle, setoff and discharge all debts dollar for dollar as an obligation for both public and private debts by principal by Title 12 United States Code section 411 Issuance to reserve banks; nature of obligation; redemption, which states " Federal reserve notes, to be issued at the discretion of the Board of Governors of the Federal Reserve System for the purpose of making advances to Federal reserve banks through the Federal reserve agents as hereinafter set forth and for no other purpose, are authorized. The said notes shall be obligations of the United States and shall be receivable by all national and member banks and Federal reserve banks and for all taxes,

customs, and other public dues. They shall be redeemed in lawful money on demand at the Treasury Department of the United States, in the city of Washington, District of Columbia, or at any Federal Reserve bank.", and  municipal code Title 31 United States Code section 5118 section (A) subsection (2), section (D) subsection (2) which is a "public debt obligation", which means a domestic obligation issued or guaranteed by the UNITED STATES Government is to repay money or interest, a obligation issued containing a gold clause or governed by a gold clause is discharged on payment ( dollar for dollar) in United States coin or currency that is legal tender at the time of payment, additionally  Title 31 United States code section 3123 section (A) and (B) states that the faith of the UNITED STATES government is pledged to pay, in legal tender, principal and interest on the obligations of the government issued under this chapter, The Secretary of the Treasury shall pay interest due or accrued on the public debt and as the Secretary considers expedient, the Secretary may pay in advance interest on the public debt by a period of not more than one year, with or without a rebate of interest on the coupons.

Shirley Yvette Dixon,UCC1-305, UCC1-308, WITHOUT RECOURSE, Title 12 USC 411

Page 5

REGISTERED MAILING LABEL # RE014568763US

## AUTHORIZATION FOR SET-OFF

### NOTICE TO AGENT IS NOTICE TO PRINCIPAL
### NOTICE TO PRINCIPAL IS NOTICE TO AGENT

| PRINCIPAL | ISSUE DATE | ACCOUNT NUMBER |
|---|---|---|
| $354,842.97 | 3/24/2022 | #0015756653 |

Borrower: FIRST FRANKLIN A DIVISION OF NATIONAL CITY BANK.
    150 ALLEGHENY CENTER MALL
    PITTSBURGH, PA, 15212

Lender: Shirley Yvette Dixon
% 7311 Northcote Avenue.
Hammond, Indiana, [46324]

**RE: SET-OFF OF ACCOUNT BY PRIVATE INSTRUMENT FOR ACCOUNT NO. 0015756653**

I hereby authorize you to accept from Shirley Yvette Dixon, a setoff and discharge for the service represented by your referenced account number 0015756653. You have informed Shirley Yvette Dixon that the set-off amount is **354,842.97 including late fees, disconnection fees and reconnection fees** and that information is being relied upon in my private transaction record book which will be filed through a **1099a IRS instrument** from the funds from SHIRLEY YVETTE DIXON. You are authorized to release (a) any documents of title, properly endorsed and released, (b) any financing statement transactions, any security agreement releases or terminations, (d) a copy of the private negotiable instrument or credit agreement marked "canceled" or "paid" and certifying it being a true and correct copy of the original being a receipt and (e) a certified copy of any release of lien. These documents are to be sent to Shirley Yvette Dixon within 30 days of the date of this letter. FIRST FRANKLIN A DIVISION OF NATIONAL CITY BANK. are responsible for the copies to be released to Shirley Yvette Dixon by mail and by electronic mailing. Your negotiation of Shirley Yvette Dixon's Internal Revenue Service instrument 1099a COPY B constitutes your acceptance of these terms.

The remedy provided by the government for discharging government obligations is 12 USC 411, Article of Confederations XII and I elect to use such a remedy. The Securities and Exchange Commission ("Commission") has adopted an amendment to the Settlement cycle Rule (Rule 15c6-1(a)) under the Securities Exchange Act of 1934 ("Exchange Act") to shorten the standard settlement cycle for most broker-dealer transactions from three business days after the trade date ("T+3") to two business days after the trade date ("T+2"). IF not settled after 3 Days; it becomes a Violation of Right Trade Action against any UCC Contractor under Title 15 USC § 1 & 2. The IRS/Treasury UCC Contract Trust Division and the CID (Secret Service) will be informed of any UCC Contractor's Breach of Contract and/or Restraint of Free Trade for the required FELONY charges.

If you have any questions concerning this SET-OFF AUTHORIZATION, please contact me at % 7311 Northcote Avenue, Hammond, Indiana, [46324].

REGISTERED MAILING LABEL # RE014568763US

# RECEIPT OF AUTHORIZATION FOR PAYOFF

Receipt is hereby acknowledged of the above authorization for Set-off on _____,
20____

SHIRLEY YVETTE DIXON

By: _____
UCC 1-305, UCC 1-308, WITHOUT RECOURSE

RETURN COPY TO:
**Shirley Yvette Dixon**
℅ 7311 Northcote Avenue
**Hammond, Indiana, [46324]**       THIS COPY IS TO BE RETURNED TO LENDER

Shirley Yvette: Dixon 'Sui Juris' - Natural Living Signature of Bearer:  *Shirley Yvette Dixon*  [Seal]

UCC 3-104, 3-108, 3-109, 3-302,              This "Social Security" card #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
3-303(a)(5), 3-306, 3-308, 3-409             is acknowledged as a UCC Contract Trust





**SPS** SELECT Portfolio SERVICING, inc.

P.O. Box 65250
Salt Lake City, UT 84165-0250
www.spservicing.com

Sign up for paperless delivery at www.spservicing.com

**Mortgage Statement**
Statement Date: 03/15/2022

Customer Service: (800) 258-8602
Monday - Friday 8:00AM - 9:00PM ET
Saturday 8:00AM - 2:00PM ET

*For other important information, see reverse side.*

Charles Dixon
Shirley Dixon
7311 Northcote Ave.
Hammond, IN 46324-2930

| Account Number | 0015756653 |
| Property Address | 7311 NORTHCOTE AVENUE HAMMOND IN 46324 |
| Account Due Date | 04/01/2022 |
| Payment Due Date | 04/01/2022 |
| **Payment Amount** | **$1,250.92** |

**Explanation of Payment Amount**

| | |
|---|---|
| Principal | $302.74 |
| Interest | $591.09 |
| Escrow (Taxes and Insurance) | $357.09 |
| **Regular Monthly Payment** | **$1,250.92** |
| Unpaid Late Charges | $0.00 |
| Other Charges and Fees | $0.00 |
| Charges / Fees this Period | $0.00 |
| Past Unpaid Amount(s) | $0.00 |
| Unapplied Payment(s) | $0.00 |
| **Total Payment Amount** | **$1,250.92** |

**Account Information**

| | |
|---|---|
| Interest Bearing Principal | $257,928.33 |
| Deferred Principal | $96,914.64 |
| Outstanding Principal [1] | $354,842.97 |
| Interest Rate (Fixed) | 2.750% |
| Prepayment Penalty | No |

**Bankruptcy Message**

Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.

We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

**Transaction Activity:** (02/12/2022 to 03/15/2022)

| Date Description | Principal Balance | Interest | Taxes & Insurance | Late Charges | Other Fees | Total |
|---|---|---|---|---|---|---|
| 02/12 BEG BALANCE | $355,145.02 | $591.78 | $(806.77) | $0.00 | $0.00 | $354,930.03 |
| 03/26 PAYMENT | (302.05) | (591.78) | (357.09) | 0.00 | 0.00 | (1,250.92) |
| 03/15 ENDING BALANCE | $354,842.97 | $0.00 | $(1,163.86) | $0.00 | $0.00 | $353,679.11 |

**Past Payments Breakdown**

| | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $309.05 | $803.41 |
| Interest | $591.78 | $1,184.25 |
| Escrow (Taxes and Insurance) | $357.09 | $714.18 |
| Fees and Other Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | |
| **Total** | **$1,250.92** | **$2,501.84** |
| Total Unapplied Balance | | $0.00 |

**Important Messages**

All communication sent to you by SPS is always available on our website: www.spservicing.com. For faster access to written communication and documents, please log in to your customer account on our website to view.

[1] This amount is not a payoff quote. If you would like a payoff quote, please see instructions on reverse side.

Any transactions that occurred after the statement date noted above will be reflected on your next statement.

*Please detach bottom portion and return with your payment. Allow 7 - 10 days for postal delivery. Please do not send cash.*

| **Payment Amount** | |
|---|---|
| Borrower Name(s) | Charles Dixon Shirley Dixon |
| Account Number | 0015756653 |
| **Payment Date 04/01/2022: $1,250.92** | |

☐ Change of address or telephone? If so, check here and note changes on back.

**Make checks payable to: Select Portfolio Servicing**

| | $ |
|---|---|
| Monthly Payment | $ |
| Additional Principal | $ |
| Additional Escrow | $ |
| Late Fees | $ |
| Other (Please Specify) | $ |
| **Total Amount Enclosed** | $ |

SELECT PORTFOLIO SERVICING, INC.
PO BOX 65450
SALT LAKE CITY UT 84165-0450

2771 0015756653 0000125092 0000129561 8

REGISTERED MAIL NUMBER: RE014568763US

---

**PRIVATE NEGOTIABLE INSTRUMENT**

UCC§1-308
From: Dixon, Shirley; a nontaxpayer as defined by statute.
hammond, indiana; non-domestic

**MONEY ORDER**
EQUITABLE REMITTANCE COUPON
FIRST FRANKLIN A DIVISION OF NATIONAL CITY BANK;
150 ALLEGHENY CENTER MALL
PITTSBURGH, PA. 15212
#0015756653

SYD0000000001

RE014568763U

S

DATE: MARCH/24/2022

"Pay and Pledged,
To the Order of:   FIRST FRANKLIN A DIVISION OF NATIONAL CITY BANK. **WITHOUT RECOURSE"**
Amount of

$354,842.97 xx

Obligation :   THAT IS PRESENTLY ON YOUR BOOKS AND TO FIX IN WORDS EIGHTY TWO DOLLARS AND FIFTY IN CERTIFICATIONCE BY A ENTITLED COINAGE OF LAW

INTENTIONS: The above United States government obligation is hereby accepted and acknowledged and I do assign and pledge the total value of the obligation to the United States of America through  the United States Department of the  Treasury to be redeemed for value and receivable at the Federal Reserve, the Federal Reserve Bank, and/ or any member bank and/or National-Association as prescribed by statute (the act of March 9, 1933, the act of May 12, 1933; 12 USC 411; 18 USC 8; UCC3-306; 1-419 and the mandates of the United States Congress concerning THE CURRENT SERIOUS NATIONAL EMERGENCY, and credited to proper account.

MEMO: 12 USC § 411, UCC3-311/ UCC3-603

VOID WHERE PROHIBIT BY LAW

X _____

AUTHORIZED REPRESENTATIVE
Secured and Interest Holder and Citizen of the
United States of America

331525017

---

The remedy provided by government for discharging government obligations is 12 USC 411, and I elect to use such a remedy.

## NOTICE OF ACCEPTANCE OF PRESENTMENT

1. I, Shirley Yvette Dixon, herein after "Principal", am competent to state the matters included in this agreement, have knowledge of the facts, and declare that the statements made herein are true and correct to the best of my knowledge and not meant to mislead.

## STATEMENT OF FACTS

2. Principal has accepted for value the charging presentment and statement of account# 0015756653, dated 03/24/2022, with all related endorsements, front and back from FIRST FRANKLIN A DIVISION OF NATIONAL CITY BANK (herein Respondent) in the amount of $354,842.97.00.   (see copy attached)

3. The tender in discharge of this obligation accompanying this Notice dated 03/6/2022 in the amount of $354,842.97, the original of which is hereby tendered by Principal to: FIRST FRANKLIN A DIVISION OF NATIONAL CITY BANK, Respondent, in discharge of the accepted for value presentment of account, as stated in the instrument, is "Issued under the Authority of, and in Accordance with the official definition of the United States code, (Legal Tender), 31 USC 392, 31 USC 5103.
[ Except as voided, precluded, excluded, prohibited, or disqualified as a legal tender obligation of The United States by federal or state statute or regulations], And issued in accordance with 31 USC 3123, June 5, 6 Act of 1933 and successor enactments, as "Public Policy", without expansion of credit, debt or obligation upon THE UNITED STATES, for the discharge of "every obligation".

[SEAL]



## Form 1 — Acquisition or Abandonment of Secured Property

**LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.**
*SHIRLEY ANETTE (handwritten)*
*MANHANtTHreE HOUSE (handwritten)*
*311 (illegible handwritten) 423 (handwritten)*
*HAMMONd 267 6.1 6.87 (handwritten)*

OMB No. 1545-0877

**2021**

Form **1099-A**

**Acquisition or Abandonment of Secured Property**

**Copy C For Lender**

**LENDER'S TIN** _____ **BORROWER'S TIN** _____

**1 Date of lender's acquisition or knowledge of abandonment**
04-10-2022

**2 Balance of principal outstanding**
$ 355,946.38

**BORROWER'S name**
SELECT PORTFOLIO SERVICING INC

**3**

**4 Fair market value of property**
$ 355,946.38

For Privacy Act and Paperwork Reduction Act Notice, see the **2021 General Instructions for Certain Information Returns.**

**Street address (including apt. no.)**
P.O. BOX 65250

**5 Check if the borrower was personally liable for repayment of the debt** ☒

**City or town, state or province, country, and ZIP or foreign postal code**
SALT LAKE CITY, UT 84165

**6 Description of property**
*Intangible property tax credits for the acquisition for settlement on the outstanding balance of Account (handwritten)*

**Account number (see instructions)**
C015756653

Form **1099-A**   www.irs.gov/Form1099A   Department of the Treasury - Internal Revenue Service

---

☒ VOID   ☐ CORRECTED

## Form 2 — Acquisition or Abandonment of Secured Property

**LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.**

OMB No. 1545-0877

**2021**

Form **1099-A**

**Acquisition or Abandonment of Secured Property**

**Copy C For Lender**

**LENDER'S TIN** _____ **BORROWER'S TIN** _____

**1 Date of lender's acquisition or knowledge of abandonment**
(illegible)-2022

**2 Balance of principal outstanding**
$

**BORROWER'S name**

**3**

**4 Fair market value of property**
$

For Privacy Act and Paperwork Reduction Act Notice, see the **2021 General Instructions for Certain Information Returns.**

**Street address (including apt. no.)**

**5 Check if the borrower was personally liable for repayment of the debt** ☐

**City or town, state or province, country, and ZIP or foreign postal code**

**6 Description of property**

**Account number (see instructions)**

Form **1099-A**   www.irs.gov/Form1099A   Department of the Treasury - Internal Revenue Service

---

☒ VOID   ☐ CORRECTED

## Form 3 — Acquisition or Abandonment of Secured Property

**LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.**

OMB No. 1545-0877

**2021**

Form **1099-A**

**Acquisition or Abandonment of Secured Property**

**Copy C For Lender**

**LENDER'S TIN** _____ **BORROWER'S TIN** _____

**1 Date of lender's acquisition or knowledge of abandonment**

**2 Balance of principal outstanding**
$

**BORROWER'S name**

**3**

**4 Fair market value of property**
$

For Privacy Act and Paperwork Reduction Act Notice, see the **2021 General Instructions for Certain Information Returns.**

**Street address (including apt. no.)**

**5 Check if the borrower was personally liable for repayment of the debt** ☐

**City or town, state or province, country, and ZIP or foreign postal code**

**6 Description of property**

**Account number (see instructions)**

Form **1099-A**   www.irs.gov/Form1099A   Department of the Treasury - Internal Revenue Service

☐ VOID ☐ CORRECTED

**Form 1099-C** — Cancellation of Debt — 2021 — Copy C For Creditor

| Field | Entry |
|---|---|
| CREDITOR'S name, street address, city or province, country, ZIP or foreign postal code, and telephone no. | *JOHNATHEN DIXON* *57624 Wye* *35678 Wye Acre Ave* *Hammond Indiana 46324* *773-679-1687* |
| 1 Date of identifiable event | 11-16-2021 |
| 2 Amount of debt discharged | $ 266,441.3 |
| 3 Interest, if included in box 2 | $ 0.00 |
| CREDITOR'S TIN | DEBTOR'S TIN |
| 4 Debt description | |
| DEBTOR'S name | SELECT PORTFOLIO SERVICING |
| Street address (including apt. no.) | P.O BOX 65250 |
| City or town, state or province, country, and ZIP or foreign postal code | Salt Lake City, UT, 84165 |
| 5 Check here if the debtor was personally liable for repayment of the debt ▶ ☐ | |
| Account number (see instructions) | 0016766663 |
| 6 Identifiable event code | |
| 7 Fair market value of property | $ |

Form **1099-C**    www.irs.gov/Form1099C    Department of the Treasury - Internal Revenue Service

---

☐ VOID ☐ CORRECTED

**Form 1099-C** — Cancellation of Debt — 2021 — Copy C For Creditor

| Field | Entry |
|---|---|
| CREDITOR'S name, street address, city or province, country, ZIP or foreign postal code, and telephone no. | |
| 1 Date of identifiable event | |
| 2 Amount of debt discharged | $ |
| 3 Interest, if included in box 2 | $ |
| CREDITOR'S TIN | DEBTOR'S TIN |
| 4 Debt description | |
| DEBTOR'S name | |
| Street address (including apt. no.) | |
| City or town, state or province, country, and ZIP or foreign postal code | |
| 5 Check here if the debtor was personally liable for repayment of the debt ▶ ☐ | |
| Account number (see instructions) | |
| 6 Identifiable event code | |
| 7 Fair market value of property | $ |

Form **1099-C**    www.irs.gov/Form1099C    Department of the Treasury - Internal Revenue Service

---

☐ VOID ☐ CORRECTED

**Form 1099-C** — Cancellation of Debt — 2021 — Copy C For Creditor

| Field | Entry |
|---|---|
| CREDITOR'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | |
| 1 Date of identifiable event | |
| 2 Amount of debt discharged | $ |
| 3 Interest, if included in box 2 | $ |
| CREDITOR'S TIN | DEBTOR'S TIN |
| 4 Debt description | |
| DEBTOR'S name | |
| Street address (including apt. no.) | |
| City or town, state or province, country, and ZIP or foreign postal code | |
| 5 Check here if the debtor was personally liable for repayment of the debt ▶ ☐ | |
| Account number (see instructions) | |
| 6 Identifiable event code | |
| 7 Fair market value of property | $ |

Form **1099-C**    www.irs.gov/Form1099C    Department of the Treasury - Internal Revenue Service

**USPS TRACKING #**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 6158 0220 9120 73

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

CHarles & Shirley Dixon
7311 Northcote Avenue
Hammond, Indiana 46324

---

**USPS TRACKING #**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 6445 0346 8994 80

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Herman A. Rhoden
C/o 8049 S. Saint Lawerence
Chicago, Illinois, [60619]

---

**USPS TRACKING #**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 6158 0220 9120 59

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

CHarles & Shirley Dixon
7311 Northcote Ave.
Hammond, INDIANA 46324

**Receipt 1**

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _Shauna Newsome_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

1. Article Addressed to:

Select Portfolio Servicing
P.O. Box 65250
Salt Lake City, UT
84165-0250

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

9590 9402 6158 0220 9120 73

EI 442 620 845 US

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

---

**Receipt 2**

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

1. Article Addressed to:

SELECT PORTFOLIO SERVICE
P.O BOX 65250
Salt lake city, UT, 84165

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

9590 9402 6445 0346 8994 80

2. Article Number (Transfer from service label)
RF 162 485 721 US

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 0053   Domestic Return Receipt

---

**Receipt 3**

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

1. Article Addressed to:

ATTN: QWR Department
Select Portfolio Servicing
P.O. Box 65250
Salt Lake City, UTAH
84165-0250

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

9590 9402 6158 0220 9120 59

2. Article Number (Transfer from service label)
7020 1290 0001 2245 2672

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

Certified Mailing Number: 70210950000204173065

SHIRLEY YVETTE DIXON and CHARLES DIXON
% 7311 NORTHCOTE AVENUE
Hammond, Indiana, [46324]

SELECT PORTFOLIO SERVICING  RANDHIR GANDHI
P.O BOX 65250
SALT LAKE CITY, UTAH, 84165-0250

And COLLECTION AGENT

Certified Mail # 7021095000020417 Date: 09/7, 2022

## QUALIFIED WRITTEN REQUEST, COMPLAINT, DISPUTE OF DEBT AND VALIDATION OF DEBT LETTER, TILA REQUEST

**This letter is a "qualified written request" in compliance with and under the Real Estate Settlement Procedures Act, 12 U.S.C. Section 2605(e).**

Reference: Account # 0015756653 (hereinafter the subject loan and is the reference for all questions and requests described below).

Dear Sir or Madam:

I am writing to you to complain about the accounting and servicing of this mortgage and my need for understanding and clarification of various sale, transfer, funding source, legal and beneficial ownership, charges, credits, debits, transactions, reversals, actions, payments, analyses and records related to the servicing of this account from its origination to the present date.

To date, the documents and information I have, that you have sent me, and the conversations with your service representatives have been unproductive and have not answered my questions.

Needless to say, I am very concerned. With all the news lately regarding the stories of predatory lending, you have left me feeling that there is something you are trying to hide. I worry that potential fraudulent and deceptive practices by unscrupulous mortgage brokers; sales and transfers of mortgage servicing rights; deceptive and fraudulent servicing practices to enhance balance sheets; deceptive, abusive and fraudulent accounting tricks and practices may have also negatively affected any credit rating, mortgage account and/or the debt or payments that I am currently, or may be legally obligated to.

I hereby demand absolute 1st hand evidence from you of the original uncertificated or certificated security regarding account # 0015756653. In the event you do not supply me with the very security it will be a positive confirmation on your part that you never really created and owned one.

I also hereby demand that a chain of transfer from you to wherever the security is now be promptly sent to me as well. Absent the actual evidence of the security I have no choice but to dispute the validity of your lawful ownership, funding, entitlement right, and the current debt you say I owe. By debt I am referring to the principal balance you claim I owe; the calculated monthly payment, calculated escrow payment and any fees claimed to be owed by you or any trust or entity you may service or sub-service for.

To independently validate this debt, I need to conduct a complete exam, audit, review and

accounting of this mortgage account from its inception through the present date. Upon receipt of this letter, please refrain from reporting any negative credit information (if any) to any credit-reporting agency until you respond to each of the requests.

I also request that you conduct your own investigation and audit of this account since its inception to validate the debt you currently claim I owe. I would like you to validate the debt so that it is accurate to the penny!

Please do not rely on previous servicing companies or originators records, assurances or indemnity agreements and refuse to conduct a full audit and investigation of this account.

I understand that potential abuses by you or previous servicing companies could have deceptively, wrongfully, and/or illegally:
Increased the amounts of monthly payments;
Increased the principal balance I owe;
Increased the escrow payments;
Increased the amounts applied and attributed toward interest on this account;
Decreased the proper amounts applied and attributed toward the principal on this account; and/or
Assessed, charged and/or collected fees, expenses and miscellaneous charges I am not legally obligated to pay under this mortgage, note and/or deed of trust.

I request you insure that I have not been the victim of such predatory servicing and lending practices.

To insure this, I have authorized a thorough review, examination, accounting and audit of mortgage account 0015756653 by mortgage auditing and predatory servicing or lending experts. This exam and audit will review this mortgage account file from the date of initial contact, application and the origination of this account to the present date written above.

Again, this is a Qualified Written Request under the Real Estate Settlement Procedures Act, codified as Title 12 section 2605(e) of the United States Code as well as a request under the Truth In Lending Act 15 U.S.C. section 1601. RESPA provides substantial penalties and fines for non-compliance or failure to answer my questions provided in this letter within **sixty (60) business** days of its receipt.

In order to conduct the examination and audit of this loan, I need to have full and immediate disclosure including copies of all pertinent information regarding this loan. The documents requested and answers to my questions are needed by me and others to ensure that this loan:

1-Was originated in lawful compliance with all federal and state laws, regulations including, but not limited to Title 62 of the Revised Statutes, RESPA, TILA, Fair Debt Collection Practices Act, HOEPA and other laws;

2-That the origination and/or any sale or transfer of this account or monetary instrument, was conducted in accordance with proper laws and was a lawful sale with complete disclosure to all parties with an interest;

3-That you disclose the claimed holder in due course of the monetary instrument/deed of trust/asset is holding such note in compliance with statutes, State and Federal laws and is entitled to the benefits of payments;

4-That all good faith and reasonable disclosures of transfers, sales, Power of Attorney, monetary

instrument ownership, entitlements, full disclosure of actual funding source, terms, costs, commissions, rebates, kickbacks, fees etc. were and still are properly disclosed to me, including but not limited to the period commencing with the original loan solicitation through and including any parties, instruments, assignments, letters of transmittal, certificates of asset backed securities and any subsequent transfer thereof;

5-That each servicers and/or sub-servicers of this mortgage has serviced this mortgage in accordance with statute, laws and the terms of mortgage, monetary instrument/deed of trust, including but not limited to all accounting or bookkeeping entries commencing with the original loan solicitation through and including any parties, instruments, assignments, letters of transmittal, certificates of asset backed securities and any subsequent transfer thereof;

6-That each servicers and/or sub-servicers of this mortgage has serviced this mortgage in compliance with local, state and federal statutes, laws and regulations commencing with the original loan solicitation through and including any parties, instruments, assignments, letters of transmittal, certificates of asset backed securities and any subsequent transfer thereof, ;

7-That this mortgage account has been credited, debited, adjusted, amortized and charged correctly and disclosed fully commencing with the original loan solicitation through and including any parties, instruments, assignments, letters of transmittal, certificates of asset backed securities and any subsequent transfer thereof ;

8-That interest and principal have been properly calculated and applied to this loan;

9-That any principal balance has been properly calculated, amortized and accounted for;

10-That no charges, fees or expenses, not obligated by me in any agreement, have been charged, assessed or collected from this account or any other related account arising out of the subject loan transaction.

In order to validate this debt and audit this account, I need copies of pertinent documents to be provided to me. I also need answers, certified, in writing, to various servicing questions. For each record kept on computer or in any other electronic file or format, please provide a paper copy of all information in each field or record in each computer system, program or database used by you that contains any information on this account or my name.

As such, please send to me, at the address above, copies of the documents requested below as soon as possible. Please also provide copies, front and back, of the following documents regarding account 0015756653:

1-Any certificated or uncertificated security used for the funding of this account;

2-Any and all "Pool Agreement(s)" or "servicing agreements" between the nominal lender at the loan closing and any party or parties who could claim an interest in the loan closing or documents pertaining thereto and any government sponsored entity, hereinafter GSE or other party;

3-Any and all "Deposit Agreement(s)" between the nominal lender at the loan closing and any party or parties who could claim an interest in the loan closing or documents pertaining thereto and any GSE or other party;

4-Any and all "Servicing Agreement(s)" between the nominal lender at the loan closing and any party or parties who could claim an interest in the loan closing or documents pertaining thereto and

any GSE or other party;

5-Any and all "Custodial Agreement(s)" between the nominal lender at the loan closing and any party or parties who could claim an interest in the loan closing or documents pertaining thereto and any GSE or other party;

6-Any and all "Master Purchasing Agreement(s)" between the nominal lender at the loan closing and any party or parties who could claim an interest in the loan closing or documents pertaining thereto and any GSE or other party;

7-Any and all "Issuer Agreement(s)" between the nominal lender at the loan closing and any party or parties who could claim an interest in the loan closing or documents pertaining thereto and any GSE or other party;

8-Any and all "Commitment to Guarantee" agreement(s) between the nominal lender at the loan closing and any party or parties who could claim an interest in the loan closing or documents pertaining thereto and any GSE or other party;

9-Any and all "Release of Document" agreement(s) between the nominal lender at the loan closing and any party or parties who could claim an interest in the loan closing or documents pertaining thereto and any GSE or other party;

10-Any and all "Master Agreement for Servicer's Principal and Interest Custodial Account" between the nominal lender at the loan closing and any party or parties who could claim an interest in the loan closing or documents pertaining thereto and any GSE or other party;

11-Any and all "Servicer's Escrow Custodial Account" between the nominal lender at the loan closing and any party or parties who could claim an interest in the loan closing or documents pertaining thereto and any GSE or other party;

12-Any and all "Release of Interest" agreement(s) between the nominal lender at the loan closing and any party or parties who could claim an interest in the loan closing or documents pertaining thereto and any GSE or other party;

13-Any Trustee agreement(s) between the nominal lender at the loan closing and any party or parties who could claim an interest in the loan closing or documents pertaining thereto and trustee(s) regarding this account or pool accounts with any GSE or other party;

Please also send me copies, front and back, of:

1-Any documentation evidencing any trust relationship regarding the Mortgage/Deed of Trust **and** any Note in this matter;

2-Any and all document(s) establishing any Trustee of record for the Mortgage/Deed of Trust **and** any Note;

3-Any and all document(s) establishing the date of any appointment of Trustee Mortgage/Deed of Trust **and** any Note, including any and all assignments or transfers or nominees of any substitute trustees(s);

4-Any and all document(s) establishing any Grantor for this Mortgage/Deed of Trust **and** any Note;

Certified Mailing Number: 70210950000204173065

5-Any and all document(s) establishing any Grantee for this Mortgage/Deed of Trust **and** any Note;

6-Any and all document(s) establishing any Beneficiary for this Mortgage/Deed of Trust **and** any Note;

7-Any documentation evidencing the Mortgage/Deed of Trust is **not** a constructive trust or any other form of trust;

8-All data, information, notations, text, figures and information contained in your mortgage servicing and accounting computer systems including, but not limited to Alltel or Fidelity CPI system, or any other similar mortgage servicing software used by you, any servicers, or sub-servicers of this mortgage account from the inception of this account to the date written above.

9-All descriptions and legends of all Codes used in your mortgage servicing and accounting system so the examiners and auditors and experts retained to audit and review this mortgage account may properly conduct their work.

10-All assignments, transfers, allonge, or other documents evidencing a transfer, sale or assignment of this mortgage, deed of trust, monetary instrument or other document that secures payment by me to this obligation in this account from the inception of this account to the present date including any such assignment on MERS.

11-All records, electronic or otherwise, of assignments of this mortgage, monetary instrument or servicing rights to this mortgage including any such assignments on MERS.

12-All deeds in lieu, modifications to this mortgage, monetary instrument or deed of trust from the inception of this account to the present date.

13-The front and back of each and every canceled check, money order, draft, debit or credit notice issued to any servicers of this account for payment of any monthly payment, other payment, escrow charge, fee or expense on this account.

14-All escrow analyses conducted on this account from the inception of this account until the date of this letter.

15-The front and back of each and every canceled check, draft or debit notice issued for payment of closing costs, fees and expenses listed on any and all disclosure statements including, but not limited to, appraisal fees, inspection fees, title searches, title insurance fees, credit life insurance premiums, hazard insurance premiums, commissions, attorney fees, points, etc.

16-Front and back copies of all payment receipts, checks, money orders, drafts, automatic debits and written evidence of payments made by others or me on this account.

17-All letters, statements and documents sent to me by your company.

18-All letters, statements and documents sent to me by agents, attorneys or representatives of your company.

19-All letters, statements and documents sent to me by previous servicers, sub-servicers or others in your account file or in your control or possession or in the control or possession of any affiliate, parent company, agent, sub-servicers, servicers, attorney or other representative of your company.

Certified Mailing Number: 7021095000204173065

20-All letters, statements and documents contained in this account file or imaged by you, any servicers or sub-servicers of this mortgage from the inception of this account to the present date.

21-All electronic transfers, assignments and sales of the note/asset, mortgage, deed of trust or other security instrument.

22-All copies of property inspection reports, appraisals, BPOs and reports done on my property.

23-All invoices for each charge such as inspection fees, BPOs, appraisal fees, attorney fees, insurance, taxes, assessments or any expense which has been charged to this mortgage account from the inception of this account to the present date.

24-All checks used to pay invoices for each charge such as inspection fees, BPOs, appraisal fees, attorney fees, insurance, taxes, assessments or any expense which has been charged to this account from the inception of this account to the present date.

25-All agreements, contracts and understandings with vendors that have been paid for any charge on this account from the inception of this account to the present date.

26-All account servicing records, payment payoffs, payoff calculations, ARM audits, interest rate adjustments, payment records, transaction histories, account histories, accounting records, ledgers, and documents that relate to the accounting of this account from the inception of this account to the present date.

27-All account servicing transaction records, ledgers, registers and similar items detailing how this account has been serviced from the inception of this account to the present date.

Further, in order to conduct the audit and review of this account, and to determine all proper amounts due, I need the following answers to questions concerning the servicing and accounting of this mortgage account from its inception to the present date. Accordingly, please provide me, in writing, the answers to the following questions:

In regards to Account Accounting and Servicing Systems:

1-Please identify for me each account accounting and servicing system used by you and any sub-servicers or previous servicers from the inception of this account to the present date so that experts can decipher the data provided.

2-For each account accounting and servicing system identified by you and any sub-servicers or previous servicers from the inception of this account to the present date, please provide the name and address of the company that designed and sold the system.

3-For each account accounting and servicing system used by you and any sub-servicers or previous servicers from the inception of this account to the present date, please provide the complete transaction code list for each system so that I, and others can adequately audit this account.

**In regards to Debits and Credits:**

1-In a spreadsheet form or in letter form in a columnar format, please detail for me each and every credit on this account from the date such credit was posted to this account as well as the date any credit was received.

Certified Mailing Number: 70210950000204173065

2- In a spreadsheet form or in letter form in a columnar format, please detail for me each and every debit on this account from the date such debit was posted to this account as well as the date any debit was received.

3-For each debit and credit listed, please provide me with the definition for each corresponding transaction code you utilize.

4-For each transaction code, please provide the master transaction code list used by you or previous servicers.

In regards to Mortgage and Assignments:

1-Has each sale, transfer or assignment of this mortgage, monetary instrument, deed of trust or any other instrument I executed to secure this debt been recorded in the county property records in the county and state in which my property is located from the inception of this account to the present date? Yes or No?

2-If not, why?

3-Is your company the servicer of this mortgage account or the holder in due course and beneficial owner of this mortgage, monetary instrument and/or deed of trust?

4-Have any sales, transfers or assignments of this mortgage, monetary instrument, deed of trust or any other instrument I executed to secure this debt been recorded in any electronic fashion such as MERS or other internal or external recording system from the inception of this account to the present date? Yes or No?

5-If yes, please detail for me the names of the seller, purchaser, assignor, assignee or any holder in due course to any right or obligation of any note, mortgage, deed of trust or security instrument I executed securing the obligation on this account that was not recorded in the county records where my property is located whether they be mortgage servicing rights or the beneficial interest in the principal and interest payments.

**In regards to Attorney Fees:**

For purposes of the questions below dealing with attorney fees, please consider attorney fees and legal fees to be one in the same.

1-Have attorney fees ever been assessed to this account from the inception of this account to the present date? Yes or No?

2-If yes, please detail each separate assessment, charge and collection of attorney fees to this account from the inception of this account to the present date and the date of such assessments to this account.

3-Have attorney fees ever been charged to this account from the inception of this account to the present date? Yes or No?

4- If yes, please detail each separate charge of attorney fees to this account from the inception of this account to the present date and the date of such assessments to this account.

Certified Mailing Number: 70210950000204173065

5-Have attorney fees ever been collected from this account from the inception of this account to the present date? Yes or No?

6-If yes, please detail each separate collection of attorney fees to this account from the inception of this account to the present date and the date of such assessments to this account.

7-Please provide me with the name and address of each attorney or law firm that has been paid any fees or expenses related to this account from the inception of this account to the present date.

8-Please identify for me in writing the provision, paragraph, section or sentence of any note, mortgage, deed of trust or any agreement I signed that authorized the assessment, charge or collection of attorney fees.

9-Please detail and list for me in writing each separate attorney fee assessed from this account and for which each corresponding payment period or month such fee was assessed from the inception of this account to the present date.

10- Please detail and list for me in writing each separate attorney fee collected from this account and for which each corresponding payment period or month such fee was collected from the inception of this account to the present date.

11-Please detail and list for me in writing any adjustments in attorney fees assessed and on what date such adjustment was made and the reason for such adjustment.

12- Please detail and list for me in writing any adjustments in attorney fees collected and on what date such adjustment was made and the reason for such adjustment.

13-Has interest been charged on any attorney fees assessed or charged to this account? Yes or No?

14-Is interest allowed to be assessed or charged on attorney fees charged or assessed to this account? Yes or No?

15-How much total in attorney fees have been assessed to this account from the inception to the present date?

16-How much total in attorney fees have been collected from this account from the inception to the present date?

17-How much total in attorney fees have been charged to this account from the inception to the present date?

18-Please send me copies of all invoices and detailed billing statements from any law firm or attorney that has billed such fees that have been assessed or collected from this account from the inception to the present date.

**In regards to Suspense/Unapplied Accounts:**

For purposes of this section, please treat the term suspense account and unapplied account as one in the same.

1-Has there been any suspense or unapplied account transactions on this account from the inception

of this account until the present date? Yes or No?

2-If yes, please explain the reason for each and every suspense transaction that occurred on this account. If no, please skip the questions in this section dealing with suspense and unapplied accounts.

3-In a spreadsheet or in letter form in a columnar format, please detail for me each and every suspense or unapplied transaction, both debits and credits that has occurred on this account from the inception of this account to the present date.

**In regards to late fees:**

For purposes of my questions below dealing with late fees, please consider the terms late fees and late charges to be one in the same.

1-Have you reported the collection of late fees on this account as interest in any statement to me or to the IRS? Yes or No?

2-Has any previous servicers or sub-servicers of this mortgage reported the collection of late fees on this account as interest in any statement to me or to the IRS? Yes or No?

3-Do you consider the payment of late fees as liquidated damages to you for not receiving payment on time? Yes or No?

4-Are late fees considered interest? Yes or No?

5-Please detail for me in writing what expenses and damages you incurred for any payment I made that was late.

6-Were any of these expenses or damages charged or assessed to this account in any other way? Yes or No?

7-If yes, please describe what expenses or damages were charged or assessed to this account.

8-Please describe for me in writing what expenses you or others undertook due to any payment I made, which was late.

9- Please describe for me in writing what damages you or others undertook due to any payment I made, which was late.

10-Please identify for me in writing the provision, paragraph, section or sentence of any note, mortgage, deed of trust or any agreement I signed that authorized the assessment or collection of late fees.

11-Please detail and list for me in writing each separate late fee assessed to this account and for which corresponding payment period or month such late fee was assessed from the inception of this account to the present date.

12-Please detail and list for me in writing each separate late fee collected from this account and for which corresponding payment period or month such late fee was collected from the inception of this account to the present date.

Certified Mailing Number: 70210950000204173065

13-Please detail and list for me in writing any adjustments in late fees assessed and on what date such adjustment was made and the reason for such adjustment.

14-Has interest been charged on any late fee assessed or charged to this account? Yes or No?

15-Is interest allowed to be assessed or charged on late fees to this account? Yes or No?

16-Have any late charges been assessed to this account? Yes or No?

17-If yes, how much in total late charges have been assessed to this account from the inception of this account to the present date?

18-Please provide me with the exact months or payment dates you or other previous servicers or sub-servicers of this account claim I have been late with a payment from the inception of this account to the present date.

19-Have late charges been collected on this account from the inception of this account to the present date? Yes or No?

20-If yes, how much in total late charges have been collected on this account from the inception of this account to the present date?

**In regards to Property Inspections:**
For the purpose of this section property inspection and inspection fee refer to any inspection of property by any source and any related fee or expense charged, assessed or collected for such inspection.

1-Have any property inspections been conducted on my property from the inception of this account to the present date? Yes or No?

2-If your answer is no, you can skip the rest of the questions in this section concerning property inspections.

3-If yes, please tell me the date of each property inspection conducted on my property that is the secured interest for this mortgage, deed of trust or note.

4-Please tell me the price charged for each property inspection.

5-Please tell me the date of each property inspection.

6-Please tell me the name and address of each company and person who conducted each property inspection on my property.

7-Please tell me why property inspections were conducted on my property.

8-Please tell me how property inspections are beneficial to me.

9-Please tell me how property inspections are protective of my property.

10-Please explain to me your policy on property inspections.

Certified Mailing Number: 70210950000204173065

11-Do you consider the payment of inspection fees as a cost of collection? Yes or No?

12-If yes, why?

13-Do you use property inspections to collect debts? Yes or No?

14-Have you used any portion of the property inspection process on my property to collect a debt or inform me of a debt, payment or obligation I owe? Yes or No?

15-If yes, please answer when and why?

16-Please identify for me in writing the provision, paragraph, section or sentence of any note, mortgage, deed of trust or any agreement I signed that authorized the assessment or collection of property inspection fees.

17-Have you labeled in any record or document sent to me a property inspection as a miscellaneous advance? Yes or No?

18-If yes, why?

19-Have you labeled in any record or document sent to me a property inspection as a legal fee or attorney fee? Yes or No?

20-If yes, why?

21-Please detail and list for me in writing each separate inspection fee assessed to this account and for which corresponding payment period or month such fee was assessed from the inception of this account to the present date.

22- Please detail and list for me in writing each separate inspection fee collected from this account and for which corresponding payment period or month such fee was collected from the inception of this account to the present date.

23-Please detail and list for me in writing any adjustments in inspection fees assessed and on what date such adjustment was made and the reasons for such adjustment?

24- Please detail and list for me in writing any adjustments in inspection fees collected and on what date such adjustment was made and the reasons for such adjustment?

25-Has interest been charged on any inspection fees assessed or charged to this account? Yes or No?

26-If yes, when and how much was charged?

27-Is interest allowed to be charged on inspection fees charged or assessed to this account? Yes or No?

28-How much total in inspection fees has been assessed to this account from the inception of this account to the present date?

29-How much total in inspection fees has been collected on this account from the inception of this

account to the present date?

30-Please forward to me copies of all property inspections made on my property in this mortgage account file.

31-Has any fee charged or assessed for property inspections been placed into an escrow account? Yes or No?

**In regards to BPO Fees:**

1-Have any BPOs (Broker Price Opinions) been conducted on my property? Yes or No?

2- If your answer is no, you can skip the rest of the questions in this section concerning BPOs.

3-If yes, please tell me the date of each BPO conducted on my property that is the secured interest for this mortgage, deed of trust or note.

4-Please tell me the price of each BPO.

5-Please tell me who conducted the BPO.

6-Please tell me why BPOs were conducted on my property.

7-Please tell me how BPOs are beneficial to me.

8-Please tell me how BPOs are protective of my property.

9-Please explain your policy on BPOs.

10-Have any BPO fees been assessed to this account? Yes or No?

11-If yes, how much in total BPO fees have been charged to this account?

12-Please identify for me in writing the provision, paragraph, section or sentence of any note, mortgage, deed of trust or any agreement I signed that authorized the assessment, charge or collection of a BPO fee from me.

13-Please send to me copies of all BPO reports that have been done on my property.

14-Has any fee charged or assessed for a BPO been placed into an escrow account? Yes or No?

**In regards to Force-Placed Insurance:**

1-Have you placed or ordered any force-placed insurance policies on my property?

2-If yes, please tell me the date of each policy ordered or placed on my property that is the secured interest for this mortgage, deed of trust or note.

3-Please tell me the price of each policy.

Certified Mailing Number: 70210950000204173065

4-Please tell me the agent for each policy.

5-Please tell me why each policy was placed on my property.

6-Please tell me how the policies are beneficial to me.

7-Please tell me how the policies are protective of my property.

8-Please explain to me your policy on force-placed insurance.

9-Have any force-placed insurance fees been assessed to this account? Yes or No?

10-If yes, how much in total force-placed insurance fees have been assessed to this account?

11-Have any force-placed insurance fees been charged to this account? Yes or No?

12-If yes, how much in total force-placed insurance fees have been charged to this account?

13-Please identify for me in writing the provision, paragraph, section or sentence of any note, mortgage, deed of trust or any agreement I signed that authorized the assessment, charge or collection of force-placed insurance fees from me.

14-Do you have any relationship with the agent or agency that placed any policies on my property? If yes, please describe.

15-Do you have any relationship with the carrier that issued any policies on my property? If yes, please describe.

16-Has the agency or carrier you used to place a forced-placed insurance on my property provided you any service, computer system, discount on policies, commissions, rebates or any form of consideration? If yes, please describe.

17-Do you maintain a blanket insurance policy to protect your properties when customer policies have expired? Yes or No?

18-Please send to me copies of all forced-placed insurance policies that have been ordered on my property from the inception of this account to the present date.

**In regards to Servicing:**

For each of the following questions listed below, please provide me with a detailed explanation in writing that answers each question. In addition, I need the following answers to questions concerning the servicing of this account from its inception to the present date.

1-Did the originator or previous servicers of this account have any financing agreements or contracts with your company or an affiliate of your company?

2-Did the originator or previous servicers of this account receive any compensation, fee, commission, payment, rebate or other financial consideration from your company or affiliate of your company for handling, processing, originating or administering this loan? If yes, please describe and itemize each and every form of compensation, fee, commission, payment, rebate or

Certified Mailing Number: 70210950000204173065

other financial consideration paid to the originator of this account by your company or any affiliate.

3-Please identify for me where the originals of this entire account file are currently located and how they are being stored, kept and protected.

4-Where is the original monetary instrument or mortgage I signed located? Please describe its physical location and anyone holding this note as a custodian or trustee if applicable.

5-Where is the original deed of trust or mortgage and note I signed located? Please describe its physical location and anyone holding this note as a custodian or trustee if applicable.

6-Since the inception of this account, has there been any assignment of my monetary instrument/asset to any other party? If the answer is yes, identify the names and addresses of each and every individual, party, bank, trust or entity that has received such assignments.

7-Since the inception of this account, has there been any assignment of the deed of trust or mortgage and note to any other party? If the answer is yes, identify the names and addresses of each and every individual, party, bank, trust or entity that has received such assignments.

8- Since the inception of this account, has there been any sale or assignment of the servicing rights to this mortgage account to any other party? If the answer is yes, identify the names and addresses of each and every individual, party, bank, trust or entity that has received such assignments or sale.

9-Since the inception of this account, have any sub-servicers serviced any portion of this mortgage account? If the answer is yes, identify the names and addresses of each and every individual, party, bank, trust or entity that has sub-serviced this mortgage account.

10-Has this mortgage account been made a part of any mortgage pool since the inception of this loan? If yes, please identify for me each and every account mortgage pool that this mortgage has been a part of from the inception of this account to the present date.

11-Has each and every assignment of my asset/monetary instrument been recorded in the county land records where the property associated with this mortgage account is located?

12-Has there been any electronic assignment of this mortgage with MERS (Mortgage Electronic Registration System) or any other computer mortgage registry service or computer program? If yes, identify the name and address of each and every individual, entity, party, bank, trust or organization or servicers that have been assigned to mortgage servicing rights to this account as well as the beneficial interest to the payments of principal and interest on this loan.

13-Have there been any investors (as defined by your industry) who have participated in any mortgage-backed security, collateral mortgage obligation or other mortgage security instrument that this mortgage account has ever been a part of from the inception of this account to the present date? If yes, identify the name and address of each and every individual, entity, organization and/or trust.

14-Please identify for me the parties and their addresses to all sales contracts, servicing agreements, assignments, alonges, transfers, indemnification agreements, recourse agreements and any agreement related to this account from the inception of this account to the present date.

15-Please provide me with copies of all sales contracts, servicing agreements, assignments, alonges, transfers, indemnification agreements, recourse agreements and any agreement related to this account from the inception of this account to the present date.

16-How much was paid for this individual mortgage account by you?

17-If part of a mortgage pool, what was the principal balance used by you to determine payment for this individual mortgage loan?

18-If part of a mortgage pool, what was the percentage paid by you of the principal balance above used to determine purchase of this individual mortgage loan?

19-Who did you issue a check or payment to for this mortgage loan?

20-Please provide me with copies of the front and back of the canceled check.

21-Did any investor approve of the foreclosure of my property? Yes or No?

22-Has HUD assigned or transferred foreclosure rights to you as required by 12 USC 3754?

23 Provide any and all due diligence reports by a separate due diligence firm in regards to any pooling agreements that have been generated.

24-Please identify all persons who approved the foreclosure of my property.

Please provide me with the documents I have requested and a detailed answer to each of my questions within the lawful time frame. Upon receipt of the documents and answers, an exam and audit will be conducted that may lead to a further document request and answers to questions under an additional RESPA Qualified Written Request letter.

Copies of this Qualified Written Request, Validation of Debt, TILA and request for accounting and legal records, Dispute of Debt letter are being sent to FTC, HUD, Thrift Supervision, and all relevant state and federal regulators; and other consumer advocates; and my congressman.

It is my hope that you answer this RESPA request in accordance with law and the questions, documents and validation of debt to the penny and correct abuses or schemes uncovered and documented.

### Default Provisions under this QUALIFIED WRITTEN REQUEST

SELECT PORTFOLIO SERVICING or any agents, transfers, or assigns omissions of or agreement by silence of this RESPA REQUEST via certified rebuttal of any and all points herein this RESPA REQUEST, agrees and consents to including but not limited by any violations of law and/or immediate terminate/remove any and all right, title and interest (liens) in SHIRLEY YVETTE DIXON and CHARLES DIXON or any property or collateral connected to SHIRLEY YVETTE DIXON and CHARLES DIXON or account 0015756653 and waives any and all immunities or defenses in claims and or violations agreed to in this RESPA REQUEST including but not limited by any and all:

1-SHIRLEY YVETTE DIXON and CHARLES DIXON's right, by breach of fiduciary responsibility and fraud and misrepresentation revocation and rescinding any and all power of attorney or appointment SELECT PORTFOLIO SERVICING may have or may have had in connection with account 0015756653 and any property and/or real estate connected with account

0015756653.

2-SHIRLEY YVETTE DIXON and CHARLES DIXON's right to have any certificated or uncertificated security re-registered in SHIRLEY YVETTE DIXON and CHARLES DIXON's, and only SHIRLEY YVETTE DIXON and CHARLES DIXON's name.

3-SHIRLEY YVETTE DIXON and CHARLES DIXON's right of collection via SHIRLEY YVETTE DIXON and CHARLES DIXON's liability insurance and/or bond.

4-SHIRLEY YVETTE DIXON and CHARLES DIXON's entitlement in filing and executing any instruments, as power of attorney for and by SELECT PORTFOLIO SERVICING, including but not limited by a new certificated security or any security agreement perfected by filing a UCC Financing Statement with the Secretary of State in the State where SELECT PORTFOLIO SERVICING is located.

5-SHIRLEY YVETTE DIXON and CHARLES DIXON's right to damages because of SELECT PORTFOLIO SERVICING's wrongful registration, breach of intermediary responsibility with regard to SHIRLEY YVETTE DIXON and CHARLES DIXON's asset by SELECT PORTFOLIO SERVICING issuing to SHIRLEY YVETTE DIXON and CHARLES DIXON a certified check for the original value of SHIRLEY YVETTE DIXON and CHARLES DIXON's monetary instrument.

6-SHIRLEY YVETTE DIXON and CHARLES DIXON's right to have account 0015756653 completely set off because SELECT PORTFOLIO SERVICING's wrongful registration, breach of intermediary responsibility with regard to SHIRLEY YVETTE DIXON and CHARLES DIXON's monetary instrument/asset by SELECT PORTFOLIO SERVICING sending confirmation of set off of wrongful liability of SHIRLEY YVETTE DIXON and CHARLES DIXON and issuing a certified check for the difference between the original value of SHIRLEY YVETTE DIXON and CHARLES DIXON's monetary instrument/asset and what SHIRLEY YVETTE DIXON and CHARLES DIXON mistakenly sent to SELECT PORTFOLIO SERVICING as a payment for such wrongful liability.

SELECT PORTFOLIO SERVICING or any transfers, agents or assigns offering a rebuttal of this RESPA REQUEST must do so in the manner of this RESPA REQUEST in accordance of and in compliance with current statutes and/or laws by signing in the capacity of a fully liable man or woman being responsible and liable under the penalty of perjury while offering direct testimony with the official capacity as appointed agent for SELECT PORTFOLIO SERVICING in accordance with SELECT PORTFOLIO SERVICING's Articles of Incorporation, By Laws duly signed by a current and duly sworn under oath director(s) of such corporation/ Holding Corporation/ National Association. Any direct rebuttal with certified true and complete accompanying proof must be posted with the Notary address herein within sixty days. When no verified rebuttal of this RESPA REQUEST is made in a timely manner, a "Certificate of Non-Response" serves as SELECT PORTFOLIO SERVICING's judgment and consent/agreement by means of silence with any and all claims and/or violations herein-stated in the default provisions or any other law.

Power of Attorney: When SELECT PORTFOLIO SERVICING fails by not rebutting to any part of this RESPA REQUEST SELECT PORTFOLIO SERVICING agrees with the granting unto SHIRLEY YVETTE DIXON and CHARLES DIXON's unlimited Power of Attorney and any and all full authorization in signing and endorsing SELECT PORTFOLIO SERVICING's name upon any instruments in satisfaction of the obligations of this RESPA REQUEST/Agreement or any agreement arising from this agreement. Pre-emption of or to any Bankruptcy proceeding shall not

Certified Mailing Number: 70210950000204173065

discharge any obligations of this agreement. Consent and agreement with this Power of Attorney by SELECT PORTFOLIO SERVICING waives any and all claims of SELECT PORTFOLIO SERVICING, and/or defenses and remains in effect until the satisfaction of all obligations by SELECT PORTFOLIO SERVICING have been satisfied.

Sincerely,
SHIRLEY YVETTE DIXON, and CHARLES DIXON

**NOTARY WITNESS AND SEAL**

State of ILLINOIS    County of COOK

**Subscribed and sworn to** (or affirmed) before me on this 7 day of September, 2022, by Shirley Yvette Dixon , proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

UCC1-308, UCC1-305, without Recourse
Signature _____ (seal)

Commission expires 03/10 , 20 25

HERMAN RHODEN
Official Seal
Notary Public - State of Illinois
My Commission Expires Mar 10, 2025